IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 15-cv-02680-LTB-CBS | Date: May 27, 2016 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*  *Counsel:*

KRISTEN MICHAUD,  Sara Green

Plaintiff,

v.

LAKESIDE SPIRITS,  Peter Munger

Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 08:28 a.m.**
Court calls case. Appearances of counsel.

Parties have held a Rule 26(f) meeting and Rule 26(a) disclosures have been fulfilled.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Each side shall be limited to **6** depositions, **including** experts.
Each side shall be limited to **25** interrogatories, **25** requests for production, and **25** requests for admission.
Joinder of Parties/Amendment of Pleadings: **June 30, 2016**
Discovery Cut-off: **November 30, 2016**
Dispositive Motions Deadline: **January 5, 2017**
Each side shall be limited to **2** expert witnesses, absent leave of court.
Parties shall designate affirmative experts **on or before: September 23, 2016**
Parties shall designate rebuttal experts **on or before: October 28, 2016**

Interrogatories, requests for Production of Documents and Requests for Admissions shall be served **no later than THIRTY THREE DAYS** prior to close of discovery.

**FINAL PRETRIAL CONFERENCE** is set for **July 21, 2017 at 8:30 a.m.** before Magistrate Judge Shaffer.

Final Pretrial Order is due **no later than SEVEN (7) CALENDAR DAYS before the Final Pretrial Conference.**
(See the court's website for Instructions for Preparation and Submission)

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues. If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection. The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.**

<u>**TRIAL PREPARATION CONFERENCE**</u> is set for **August 11, 2017 at 9:00 a.m.** before District Judge Babcock (written order to issue).

**TRIAL:**
A three day jury trial is set to commence on **September 11, 2017 at 9:00 a.m.** before District Judge Babcock (written order to issue).

Scheduling Order is signed and entered with interlineations.

Hearing concluded.

**Court in recess: 08:34 a.m.**
Total time in court:     00:06

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.