**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 15-cv-02680-LTB-CBS

KRISTEN MICHAUD,

      Plaintiff,

v.

LAKESIDE SPIRITS d/b/a MOLLY'S LIQUORS,

      Defendant.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK


      This will confirm that this matter is set for trial to a jury for three (3) days commencing **September 11, 2017 at 9:00 a.m.** in Courtroom C-401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. A trial preparation conference is set **August 11, 2017 at 9:00 a.m.**



Dated: July 1, 2016
_____