# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02680-LTB-CBS

KRISTEN MICHAUD,

    Plaintiff,

v.

LAKESIDE SPIRITS d/b/a MOLLY'S LIQUORS,

    Defendant.

---

## STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION, AND REQUESTS FOR ADMISSIONS TO DEFENDANT

---

Pursuant to D.C.COLO LCivR 6.1 (a), the parties, through their respective counsel, hereby stipulate that defendants Lakeside Spirits d/b/a Molly's Liquors responses to Plaintiff's First Set of Interrogatories, Requests for Production of Documents, and Requests for Admissions to Defendant shall be due on July 20, 2016, a 6-day extension of the current July 14, 2016, deadline. This is the first such extension of time.

Respectfully submitted this 14th day of July, 2016.

| | |
|---|---|
| *s/ Sara Green* | *s/ Kristen M. Baylis* |
| Sara Green | Peter F. Munger |
| BACHUS & SCHANKER, LLC | Kristen M. Baylis |
| 1899 Wynkoop Street, Suite 700 | JACKSON LEWIS P.C. |
| Denver, CO 80202 | 950 17th Street, Suite 2600 |
| Telephone: (303) 893-9800 | Denver, Colorado 80202 |
| Sara.Green@coloradolaw.net | Telephone: (303) 892-0404 |
| ATTORNEYS FOR PLAINTIFF | Facsimile: (303) 892-5575 |
| | Peter.Munger@jacksonlewis.com |
| | Kristen.Baylis@jacksonlewis.com |
| | ATTORNEYS FOR DEFENDANT |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14th day of July, 2016, a true and correct copy of the foregoing **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION, AND REQUESTS FOR ADMISSIONS** was served via electronic mail and/or CM/ECF on the following:

Sara Green
BACHUS & SCHANKER, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Sara.Green@coloradolaw.net

*and copy forwarded to Defendant's representative via email*

                                                *s/AuCamya M. Parish*
                                                for Jackson Lewis P.C.