IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 15-cv-02680-LTB-CBS | Date: September 13, 2016 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                        *Counsel:*

KRISTEN MICHAUD,                                  Sara Green

Plaintiff,

v.

LAKESIDE SPIRITS,                                    Kristen Baylis

Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONE STATUS CONFERENCE**
**Court in session: 03:31 p.m.**
Court calls case. Appearances of counsel.

This hearing is before the court to discuss *[26] Plaintiff's Motion for Leave to File Amended Complaint to Join Parties; and Plaintiff's Request for Expedited Briefing and Ruling*. This motion was filed outside of the designated deadline.

Discussion regarding what discovery has been completed, what discovery is left, and allegations in the amended complaint. Ms. Green intends to file a new motion that addresses the points as discussed on the record.

**ORDERED:** An amended motion for leave to amend shall be file no later than **September 20, 2016**. A response to the motion is due by **September 26, 2016.** No replies will be permitted. A motion hearing is set for **October 4, 2016 at 2:30 p.m.** The court intends to make a ruling from the bench.

HEARING CONCLUDED.

**Court in recess: 04:00 p.m.**
Total time in court: 00:29

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.